JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE COX,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE PRUDENTIAL WELFARE BENEFITS PLAN,<br>　　　　Defendants. | Case No. CV 09-05924 VBF (FFMx)<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.

Dated: August 13, 2010

_/s/ Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
United States District Judge